AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ALFONSO MEJAY PEREZ<br><br>*Defendant(s)* | Case No. 8:16MJ1663TGW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 14, 2016__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gloria Munoz, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 12, 2016

_____
*Judge's signature*

City and state: Tampa, Florida

THOMAS G. WILSON, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Gloria Munoz, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since December, 2007.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge, information provided to me by other law enforcement officers, and information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Alfonso Mejay Perez, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about September 14, 2016, Alfonso Mejay Perez, was found in Tampa, in the Pinellas County Jail, within the Middle District of Florida, by ICE Officers assigned to the Criminal Alien Program.

5. ICE/ERO Officers performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Alfonso Mejay Perez. Upon review of these documents, I determined that Alfonso Mejay Perez is a native and citizen of Mexico who is illegally present in the United States. I also found that he was last removed from the United States to Mexico on or about September 30, 2010.

6. Fingerprints taken of Alfonso Mejay Perez were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

7. Computer record checks also indicate that Alfonso Mejay Perez was convicted in District of Arizona on or about July 26, 2010 on the misdemeanor of Possession of Identification Documents Not Lawfully Issued, in violation of 18 USC § 1028(a)(4) and (b)(6). A National Crime Information Check (NCIC) on Alfonso Mejay Perez corroborated the information in CIS.

8. No information exists, either in the A-file documents or the computer databases, that Alfonso Mejay Perez had either requested or received permission from any immigration official to re-enter the United States after his deportation.

9. As of October 12, 2016, Alfonso Mejay Perez is still in Pinellas County Jail.

## CONCLUSION

10.  Based on the foregoing facts, I believe there is probable cause to establish that Alfonso Mejay Perez, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Gloria Munoz, Deportation Officer
ICE ERO

Sworn to and subscribed before me
This _____ day of October, 2016, in Tampa, Florida.

THOMAS G. WILSON
United States Magistrate Judge

3