# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   **CASE NO: 8:16-cr-467-T-36TGW**

**ALFONSO MEJAY PEREZ**

_____

    **IT IS HEREBY ORDERED** that the sentencing hearing will be held on February 24, 2017 at 11:00 AM before **United States District Judge Charlene Edwards Honeywell**, in Courtroom 13A, United States District Court, 801 North Florida Avenue, Tampa, Florida.  The sentencing hearing is scheduled for thirty (30) minutes.  If any party anticipates that more than thirty (30) minutes will be needed for the hearing, the party shall advise the Courtroom Deputy Clerk within seven (7) days of the date of this Order.

    **IT IS FURTHER ORDERED** that motions to depart or vary from the sentencing guidelines must be in writing.  The motions to depart or vary from the sentencing guidelines and sentencing memoranda, if any, must be filed not less than seven (7) days prior to the sentencing date. **Objections to the presentence report are not to be included in the sentencing memoranda; objections must be submitted to the probation officer and to opposing counsel as a separate document.  See Rule 4.12(b), Local Rules of the Middle District of Florida.**

    **IT IS FURTHER ORDERED** that the parties shall inform the Court in writing, not less than seven (7) days prior to the sentencing date, whether testimony is to be presented at the hearing. Any party intending to present testimony shall, also not less than seven (7) days prior to the sentencing date, file a statement containing the names of the witnesses and the estimated length of such testimony.  Except for good cause shown, the Court will not allow any testimony that is not disclosed in accordance with this Order.

The Defendant's presence is required at this hearing.

**DONE AND ORDERED** in Tampa, Florida, this 20th day of December 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services