**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 8:16-CR-467-T-36TGW

**ALFONSO MEJAY-PEREZ**
_____/

**DEFENDANT'S SENTENCING MEMORANDUM**

Alfonso Mejay-Perez, by counsel Kathleen M. Sweeney, files the following Sentencing Memorandum setting out the factors that the court should consider in determining what type and length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a).

*Proposed Sentence*

By virtue of these directives and how they relate to Alfonso Mejay-Perez, a sufficient sentence in compliance with § 3553(a)'s mandate is time served (approximately 4 months and 10 days)[1], one (1) year of supervised release, and no fines and costs.

---

[1] Prior to being taken into federal custody, the court should be aware that Alfonso spent 30 days in the Pinellas County Jail on state charges that weren't ultimately filed.

1

*Procedural Background*

Alfonso appears before this court to be sentenced on his plea of guilty to being found in the United States without permission after a previous deportation in violation of 8 U.S.C. § 1326(a). There is not a plea agreement in this case.

**Exhibits proffered in support of sentence of a time served sentence:**

Exhibit 1: Photo of Alfonso and Emma's wedding and Photo of Alfonso and his son, Damian;

**Letters of Support**

Exhibit 2: Emma Huapilla;

Exhibit 3: Areli Huapilla;

Exhibit 4: Christina Huapilla; and

Exhibit 5: Employer-Olive Garden.

*Personal Background*[2]

**Alfonso's background, history and character**

**Overview**

Alfonso Mejay-Perez, age 31, was born in Ixmiquilpan, Hidalgo, Mexico to Vicente Mejay Nonthe and Francisca Perez Secundino. He grew up with seven (7) siblings in a poor section of the village. He lived in a three bedroom house without indoor plumbing. The poverty was such that Christmas was not celebrated, there were no toys, no shoes for the family, and his brothers were

forced to leave school early to earn money for the family. Father, Vicente, worked intermittently and became a drinker as less and less work was available. Mother and Alfonso were struck by lightning when he was nine (9) years old. Although he fully recovered, mother never did and has remained sickly.

Alfonso successfully completed high school and liked to practice Tae Kwan Do. He came to the United States to earn income for his family. He married his wife, Emma in a civil ceremony in Mexico. Their first son, Daniel, was born in 2009 in the United States. Daniel was born with a genetic disease in his lungs. He never left the hospital and after four months of medical intervention, he passed. Emotionally, Emma and Alfonso continue to suffer from their loss.

In 2011, Damian was born in Clearwater, Florida. Damian is the joy and focus of Emma and Alfonso's life. Alfonso plays with Damian as much as time allows when he is not working. Damian too suffers from a genetic disease with his lungs and uses a respirator.

By all accounts, Alfonso has been an excellent father to Damian. Emma reports that Damian cries nightly for his father and does not understand why he no longer lives with them and that he cannot see him. Damian's fear and

---

[2] The background and history were taken from letters of support from Areli Huapilla, Christina Huapilla, Emma Huapilla (filed as Exhibits) as well as conversations with Emma Huapilla and Alfonso Mejay Perez.

stress from Alfonso's absence has been and will continue to be a hardship on the family.

Emma has also suffered without Alfonso. Since his incarceration, she has started experiencing migraines. She also struggles financially since Alfonso is not working and earning income.

In addition to the emotional support he has provided to his family, Alfonso was a stronger earner for his family. In his most recent job at Olive Garden, he was well regarded as an employee, considered a hard worker, and liked by his co-workers.

Notably, while Alfonso has been in this country he has been mostly law abiding. His prior convictions are all driving related offenses.

### Alfonso's Remorse and Plan

Alfonso has accepted full responsibility for his actions. He returned to the United States solely to be with his wife and child. He knows that he cannot return to the United States. His wife intends to visit him in Mexico.

During his time in the United States Alfonso has achieved some fluency in English. His plan would be to work in a restaurant when he returns to Mexico.

### Sentence

#### Legal Analysis
#### Standard

To avoid procedural error, sentencing judges must correctly calculate the guidelines range, evaluate the factors in 18 U.S.C. § 3553(a), and rely on

properly supported facts. Judges must also "adequately explain the chosen sentence to allow for meaningful appellate review and to promote the perception of fair sentencing." *Gall v. United States*, 552 U.S. 38, 128 S. Ct. 586, 597, 169 L. Ed. 2d 445 (2007).

**The 18 U.S.C. § 3553(a) factors, which the court considers are:**

    a.    The history and characteristics of the defendant and the nature and circumstances of the offense and pursuant to 18 U.S.C. § 3553(a)(1);

    b.    To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A));

    c.    To afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B));

    d.    To protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C));

    e.    To provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D));

    f.    To avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6)); and

    g.    To provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7)).

**Analysis of § 3553(a) factors**

Alfonso is a hardworking and involved father of his son. He has a minimal criminal history and has been deported only one time prior to his arrest.

His guideline range in this matter is 1-7 months and he has been incarcerated for over five months.[3] A reasonable but sufficient sentence in this case would be time served.

**A term of one year of supervised release is appropriate.**

Alfonso is subject either to a term of probation or to a term of supervised release. In this case, a one year term of supervised is most appropriate use of judicial and community resources.

The Sentencing Reform Act of 1984 abolished parole in the federal system and in its place created supervised release, a new type of sentence, which could be added following a prison term. *Johnson v. United States*, 529 U.S. 694, 696-97 (2000). Unlike other forms of community supervision, supervised release was not intended as an additional means of punishing or incapacitating a defendant for a crime. *See* Stephen Breyer, T*he Federal Sentencing Guidelines and the Key Compromise Upon Which They Rest*, 17 Hofstra L.Rev. 1, 125 (1988).

The following factors support a term of one year of supervised release: Alfonso's certain deportation, Alfonso's character and history, and the most efficient use of community and judicial resources.

**Conclusion**

For all the reasons stated above, Alfonso requests a term of imprisonment of time served and a term of supervised release for one year.

---

[3] Note 30 days was present in Pinellas County on charge that was

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s Kathleen M. Sweeney*
Kathleen M. Sweeney
Assistant Federal Defender
IN Bar No. 2192-49
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Tel.: (813) 228-2715
Fax: (813) 228-2562
Email: Kathleen_Sweeney@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2017, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Jennifer L. Peresie, AUSA

*/s Kathleen M. Sweeney*
Kathleen M. Sweeney
Assistant Federal Defender

---

ultimately not filed and not part of Alfonso's credit time on this charge.