# EXHIBIT 2

To whom it may concern,

My name is Emma Huapilla Escalante, and through this letter I would like to notify that I have known Alfonso Mejay Perez since 2007. I met him, when we I was working at Little Mexico Restaurant in Clearwater, Florida and he was a frequent customer. After dating for three years, we eventually got married. We had our first child in 2008, which unfortunately passed away after four months after being born at All Children's Hospital in St. Petersburg, Florida. Two years after this tragic incident we had our second child. I want to assure he has been a great father to our son. He is a hard working and responsible and honest man. If you need any further information you may reach me at 352-345-0127 or at 2690 Drew St. #620, Clearwater, FL 33759.

Sincerely,

*[signature]*   11/29/16

Emma Huapilla Escalante

*[signature]*   11/29/2016

Marcia V. Nehall
Notary Public
State of Florida
My Commission Expires 6/3/2019
Commission No. FF 237250