# EXHIBIT 3

To whom it may concern,

My name is Areli Huapilla, I know Alfonso Mejay since 2007. I know he is a good and responsible man. His son Damian Mejay, my nephew, who is five years old, has been asking for his father a lot. So far, as I know, he is really upset that he hasn't seen his dad for months and keeps asking for him. Damian has been depressed due to the absence of his dad. For any additional information please contact me at 727-282-3801 and my address is 2225 Nursery Rd. Apt 101 Building #22, Clearwater, FL 33764.

Sincerely,

*Areli H.*  11/29/16

Areli Huapilla

*[signature]*  11/29/2016

Marcia V. Nehall
Notary Public
State of Florida
My Commission Expires 6/3/2019
Commission No. FF 237250