# EXHIBIT 4

To whom it may concern,

My name is Cristina Huapilla, and I have known Alfonso Mejay Perez since 2007 after dating my daughter and eventually marring her. He has proved to be a decent man and a loving father to my grandson. He has been a great son-in-law to me and demonstrates sincere affection to his son and always makes sure he has everything he needs. If you have any questions you may contact me at 727-563-4703 and my mailing address is 2690 Drew St. #620, Clearwater, FL 33759.

_____

Cristina Huapilla

Signed before me on November 29, 2016, by Maria Christina Huapilla. Produced FL ID.

Inna S Pomazanova



INNA S POMAZANOVA
Notary Public - State of Florida
Commission # FF 924015
My Comm. Expires Oct 4, 2019
Bonded through National Notary Assn.