# EXHIBIT 5

**Olive Garden**
ITALIAN RESTAURANT

**To Whom It May Concern:**

**Alfonso Mejay Perez has been employed at Olive Garden Clearwater since August 10, 2012. During this time he has been an excellent employee; always helping out when needed. In addition to this he was well liked by his fellow employees.**

**If you have any further questions please call us at 727-787-3988.**

**Mary Murphy**

**Culinary Manager**

29461 US Hwy. 19 North • Clearwater, FL 33761 • ☎ 727.787.3988 • Fax: 727.781.0353